UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BANKRUPTCY DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| AUGUSTUS DEBELLA | ) | Case No. 10-23223-JNF |
|     Debtor | ) | |
| ---------------------------------- | | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Gary W. Cruickshank, hereby certify that a copy of the Motion of Oak Street Realty & Service Co. for Relief from the Automatic Stay has also been served, by regular United States mail, postage prepaid, upon the Debtor, Augustus DeBella, 55 Hill Road, Apartment 610, Belmont, MA 02478.

                                                  Oak Realty & Service Co.
                                                  By its Counsel,

Dated: June 14, 2011                /s/Gary W. Cruickshank, Esq.
                                                  21 Custom House Street
                                                  Suite 920
                                                  Boston MA 02110
                                                  (617) 330-1960
                                                  gwc@cruickshank-law.com
                                                  (BBO107600)